UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Rocko Villasana

                Plaintiff(s)

v.

MAMMA DOU DAILO SOW, et al

                Defendant(s)

CASE No C 4:24-cv-01910-HSG

STIPULATION AND ORDER
SELECTING ADR PROCESS

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5. The parties agree to participate in the following ADR process:

- ☐ **Early Neutral Evaluation (ENE)** (ADR L.R. 5)
- ☐ **Mediation** (ADR L.R. 6)
- ☐ **Early Settlement Conference with a Magistrate Judge** (ADR L.R. 7)
- ☒ **Private ADR** (*specify process and provider*)
  Mediation, the mediator to be agreed upon by the parties.

The parties agree to hold the ADR session by:

- ☐ the presumptive deadline *(90 days from the date of the order referring the case to ADR)*
- ☒ other requested deadline: November 27, 2024

Date: July 12, 2024        /s/ Barrick Arnold
                                    Attorney for Plaintiff

Date: July 12, 2024        /s/ Robert L. Davis  /s/ James Kamanski
                                    Attorney for Defendant

---

☒ IT IS SO ORDERED.
☐ IT IS SO ORDERED WITH THE FOLLOWING MODIFICATIONS:

DATE: 7/15/2024

*[signature: Haywood S. Gilliam Jr.]*
U.S. DISTRICT JUDGE

---

*Important! E-file this form in ECF using the appropriate event among these choices: "Stipulation & Proposed Order Selecting Mediation" or "Stipulation & Proposed Order Selecting ENE" or "Stipulation & Proposed Order Selecting Early Settlement Conference with a Magistrate Judge" or "Stipulation & Proposed Order Selecting Private ADR."*

*Form ADR-Stip rev. 1-15-2019*