UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ROCKO VILLASANA,

    Plaintiff,

v.

MAMMA DOU DAILO SOW, et al.,

    Defendants.

Case No. 24-cv-01910-HSG

**SCHEDULING ORDER**

A case management conference was held on July 2, 2024. Having considered the parties' proposals, *see* Dkt. No. 32, the Court **SETS** the following deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| Event | Deadline |
|---|---|
| Amendment of Pleadings/ Joinder | August 31, 2024 |
| Deadline to Disclose Plaintiffs' Opening Expert Reports | February 14, 2025 |
| Deadline to Disclose Defendants' Opening Expert Reports | March 7, 2025 |
| Exchange of Rebuttal Expert Reports | March 21, 2025 |
| Close of Fact and Expert Discovery | May 2, 2025 |
| Dispositive Motion Hearing Deadline | June 5, 2025, at 2:00 p.m. |
| Pretrial Conference | September 2, 2025, at 3:00 p.m. |
| Jury Trial (5 days) | September 22, 2025, at 8:30 a.m. |

//

//

//

1    These dates may only be altered by order of the Court and only upon a showing of good
2 cause.  The parties are directed to review and comply with this Court's standing orders.
3    This **TERMINATES** Dkt. No. 32.
4    **IT IS SO ORDERED.**
5 Dated:    7/15/2024

HAYWOOD S. GILLIAM, JR.
United States District Judge