1  Derek H. Lim (Bar No. 209496)
   **DEMLER, ARMSTRONG & ROWLAND, LLP**
2  1990 N California Blvd., 8th Floor
3  Walnut Creek, CA 94596
   Telephone:   (415) 949-1900
4  Facsimile:   (415) 354-8380
5  Email:       lim@darlaw.com

6  Attorneys for Defendants DOK FREIGHT SYSTEMS,
   LLC; MAMADOU B. SOW
7

8

9             **UNITED STATES DISTRICT COURT**
10   **NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION**

11

12 | ROCKO VILLASANA, | Case No. 4:24-cv-01910 |
|---|---|
| Plaintiff, | THE HONORABLE HAYWOOD S. GILLIAM, JR. |
| v. | |
| MAMMA DOU DAILO SOW; OLGUN KURKAN; ANNA HAGEWOOD; GERRY McINTYRE; ADAM MONTY; DOK FREIGHT SYSTEMS, LLC; and KZY LOGISTICS LLC and DOES 1 to 25, | **ORDER GRANTING DEFENDANTS DOK FREIGHT SYSTEMS, LLC AND MAMADOU B. SOW LEAVE TO FILE FIRST AMENDED ANSWERS (as modified)** |
| Defendants. | |

**ORDER**

Having reviewed the Stipulation to allow Defendants Dok Freight Systems, LLC and Mamadou B. Sow leave to file a First Amended Answer, the Court finds that leave to amend should be **GRANTED.**  Counsel is directed to remove the word

///

///

1

"Proposed" in the title of the pleadings and e-file them on the docket forthwith.

The Court **DISCHARGES** the order to show cause, see Dkt. No. 39, and **TERMINATES** Dkt. No. 37.

PURSUANT TO STIPULATION,
IT IS SO ORDERED.

Date: 9/26/2024

*Haywood S. Gill Jr.*
U.S. DISTRICT COURT JUDGE